**Order entered August 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00494-CR

**DEREK A. NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80609-2014**

## ORDER

We **GRANT c**ourt reporter LaTresta Ginyard's August 17, 2016 request for an extension of time to file the reporter's record. The time to file the reporter's record is extended to **September 2, 2016**.

The reporter's record was due originally in this case on May 28, 2016. If Ginyard does not file the reporter's record by the extended due date, the Court will utilize its available remedies, including ordering that Ginyard not sit as a court reporter until the reporter's record is filed.

/s/    LANA MYERS
       JUSTICE